IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GreenPoint Mortgage Funding, | : | |
| Plaintiff | : | Civil Action 2:07-cv-00150 |
| v. | : | Judge Smith |
| D'Artis Jones, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

## Judgment Entry and Decree of Foreclosure

This matter is before the Court on Plaintiff's unopposed Motion for Default Judgment against the following defendants:

- "MERS", Mortgage Electronic Registration Systems, Inc., acting solely as nominee for GreenPoint Mortgage Funding, Inc., served by Certified Mail on April 21, 2007 (docs. 18 and 19);

- The Woods at Mill Valley Association, Inc., served by Certified Mail on April 28, 2007 (docs. 18 and 20);

On May 22, 2007 the Clerk of Court entered default against "MERS", Mortgage Electronic Registration Systems, Inc., acting solely as nominee for GreenPoint Mortgage Funding, Inc. and The Woods at Mill Valley Association, Inc. (doc. 26).  The Court finds that "MERS", Mortgage Electronic Registration Systems, Inc., acting solely as nominee for GreenPoint Mortgage Funding, Inc. and The Woods at Mill Valley Association, Inc. have been served with a Summons and Complaint but are in default for failure to file an Answer or other responsive pleading. Accordingly, the Court hereby GRANTS Plaintiff's Motion for Default Judgment and enters JUDGMENT in favor of Plaintiff for the relief sought by Plaintiff in its Complaint.

The Court hereby GRANTS Plaintiff's motion and enters default judgment in favor of Plaintiff and against the defendants listed above. As a result, each of the foregoing defendants is forever barred from asserting any right, title or interest in and to the following property, located at 1838 Chiprock Drive, Marysville, OH 43040, parcel no. 29-0025003.181:

> Situated in the State of Ohio, County of Union, and in the City of Marys-ville: Being Lot Number Four Thousand Two Hundred Thirty-one (4231), in The Woods at Mill Valley, Phase 3, Part 3, as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Cabinet 5, Slides 30 and 31, Recorder's Office, Union County, Ohio.

All rights, interests, and liens of the defendants listed above shall be released from the title to the property upon confirmation of the sale.

This order disposes of all remaining issues in this action against all remaining defendants. The Clerk of Court is DIRECTED to enter final judgment closing this case.

IT IS SO ORDERED.

/S/ George C. Smith
Judge George C. Smith
UNITED STATES DISTRICT JUDGE