UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Green Point Mortgage Funding,**

      **Plaintiff,**                     **Case No. 2:07-cv-00150**

      vs.                              **Judge George C. Smith**

**D'Artis Jones,** *et al.***,**

      **Defendants.**

## ORDER DISMISSING DEFENDANT

This matter is before the Court on Plaintiff's Motion to Dismiss the Defendant Unknown Tenants (Doc. 13). For good cause shown, the Court hereby dismisses the following Defendant from this action:

    Unknown Tenants (if any) of
    1838 Chiprock Drive
    Marysville, OH 43040

**IT IS SO ORDERED.**

                                  */S/ George C. Smith*
                                  **George C. Smith**
                                  **UNITED STATES DISTRICT JUDGE**